**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARINA JAMES-VELARDO et al.,** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH LEWIS et al.,** | : | |
| **Defendants.** | : | **No. 17-1261** |

## O R D E R

**AND NOW**, this 11th day of July, 2017, upon consideration of the United States' Motion to Change Venue (Docket No. 4) and Plaintiffs' Response (Docket No. 5), it is hereby

**ORDERED** that the Motion (Docket No. 4) is **DENIED**.

BY THE COURT:

<u>S/Gene E.K. Pratter</u>
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE